# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1684
Lower Tribunal No. 21-4985
_____

**Sarah Lazow,**
Appellant,

vs.

**Setai Hotel Acquisition, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellant.

Levine & Partners, P.A., and Allan S. Reiss, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.